The next case is Stewart versus the Office of Personnel Management Mr. Yancey, the number is 24-1024. Mr. Yancey when you're ready You want to thank you for taking the time to meet with to hear Anthony Stewart's case He feels very strongly about this issue. The issue is whether the Merit Systems Protection Board correctly affirmed the determination of the Office of Personnel Management at 5 U.S.C. 8411 C.2 Stewart is entitled to include periods of military service that he performed before entering civil service and the computation of his federal employees retirement system annuity Because he's receiving military retire pay the court should reverse the final order of the Merit Systems Protection Board's decision or remand it to develop the facts of the case specifically for 5 U.S.C. section 8411 C.2 The petitioner performed active-duty military service with the U.S. Navy during the following time periods It's March 25th, 1974 through March 22nd 1979 March 18th 1981 through March 16th 1984 and July 23rd 1985 through April 23rd 1991 During this time the petitioner worked in the grade of chief machinist mate while in the US military So we're familiar with the facts. Can you just get to the legal issue? It seems to me that the board found based upon the plain language of the statute that he couldn't use his military service to as a credit for civil service because he was receiving He was receiving disability military disability pay based on that period of military service Yes, is that correct what the board found? That is correct that the board. I mean what's wrong with that? The statute says if an employee or member is awarded retired pay based upon a period of military service That's not credible. I Understand that your honor and it really just depends on Anthony Stewart's interpretation of it. He is still convinced that because it was based on The percentage of his disability or at least communicated that way to him But that doesn't matter because this section right below it Recognizes that you can get an exemption if it's a service-connected disability. So they The statute itself understands that military disability pay is based upon Military service 2a has that exception. How could we read this any other way than to say? you don't get civil service credit if it's based if you're getting a pension based on military service Except if it's service-connected disability, this is not service-connected disability, right? It's just a military disability Oh, no, it's a service Well has service-connected But it has to be service-connected and right in connection with certain Events such as incurred in combat or caused by an instrumentality of war and so forth Which he doesn't I take it qualify. Well, he did actually The petitioner lived on various instrumentalities of war throughout his active-duty service in this is this case is not about whether the board Properly found the exception in a though is it I didn't see that in any of the briefs or the board's decision. That's a different argument that He's getting a military disability pay, but it exists, but he can still credit it because it meets one of these conditions in in subsection a Understood your honor. He didn't necessarily make that argument because he didn't have the records, but he did Assert that he was he did work and he did become injured while working on an instrument instrumentality of war and he received Armed Forces Expeditionary medal and the US Navy Expeditionary Medal for Lebanon in 1983, but I understand that the point that you were making Me that your argument is basically because of the happenstance of how his specific military disability retirement was calculated This statute doesn't apply Because you say since they didn't They didn't do a formula where the input was the years of service They did a formula where the input was the percentage of disability The statute doesn't apply but that that just doesn't seem to me to be what the statutes about I mean, what if what if the way the calculation was done was something, you know Just absurd like I don't know flipping a coin or something just because they calculate the amount That's actually paid It doesn't mean that the fact that they're calculating and trying to give him a benefit is not quote based on his service No, it doesn't and I believe part of it is just the way that it was confusing to the to mr. Stewart he understands that legally that There may be flaws to his argument, however, it was presented to him differently when he was applying for retirement and That is the heart of his his case as far as in the joint appendix The communications that were sent to him made it appear as though that it was based off of his disability rating and not necessarily And not that they did not necessarily use all of the periods of service for his Statement and then the case that was referred to baba-kaitis The court concluded that receiving USC US RS credit for his earlier period of service was not Double counting those years because the calculation of baba-kaitis his disability annuity was based on one a disability which occurred during his final Period of military service and to the extent of his disability not on the total length of his military service And that the court concluded that the annuity must actually be based on the period of service and not just based on the period I'm sorry Correctly, but The idea of it is that the way that it was communicated to him confused him and he thought that his Period of service should not be candidate and that he should be allowed to buy back his military time while keeping his military retire pay Do you have anything further? No, sir. Okay. Thanks. We'll save your time for about it. Let's hear from the government Good morning, may it please the court the court should affirm the board's decision because mr Stewart does not meet any of the exceptions to section 84 11 c 2 84 11 c 2 prohibits the double counting of military service for both purposes of military retired pay and civil service annuity Reading the statute the way, mr Stewart proposes would read the exceptions and c2a right out of the statute so it seems to me that the hardest question in this case is how you would deal with baba-kaitis and Could you give us a succinct? Distinction of baba-kaitis Without going into great length of the particular circumstances and so forth What is the core distinction between this case and baba-kaitis in your view? in Baba-kaitis the question was whether a subsequent period of service could nullify the employees Entitlement to credit for the military service served before he entered his civilian service his civilian employment So it was about whether that second period could nullify the entitlement the the payments that he was getting based on that first Ten-year period of time what Baba-kaitis was not about is the facts in this case. In fact the court and Baba-kaitis said That Mr. Baba-kaitis quote accepts the statute would exclude his initial 10-year period of military service From his CSRA annuity if the disability pay he received by reason of military Service was based on that initial period of service and that's at page 695 of the opinion That's exactly the situation that we have here And so Baba-kaitis was not addressing the the facts of this case It was addressing a very narrow set of circumstances where the government was Attempting to rely on post civil service Sorry, this is a tongue-twister Was attempting to rely on military service that post dated the civil employment to nullify an earlier period of time And that earlier period of time the government admitted was not being double-counted and and they're going can I see if I understand this? Yes, I'm not honestly familiar with that Baba-kaitis he served for a certain number of years in the military, then he went to the civil service Did he ask for that? Did he make a deposit and ask for that military? Service to be credited towards a civil service. I believe so your honor the first Correct me if this is wrong But that he actually got He retired from the civil service and got credit for the military period and his civil service period when he retired Yes, it was under CSRS and he got a CSRS pension at that point. Yes, then he went back to the military Yes, okay, and he went back to the I think I answered you. Oh, yeah And so then he went back to the military he served another period of military service Became disabled and got a military pension based upon that. Yes, and when he got that, but that's not the scenario here, right? no, this is he and I assume in Baba-kaitis, he actually made a the deposit for the military service to get a CSRS pension if he was required to and None of that is was used for a basis for the disability pension the first period that's right The government conceded that the first ten-year period of service was not the basis for the military Retirement and this case is really more like is in fact is on fours with in this case The military the disability retirement is based upon the military Service right all of mr. Stewart's military service preceded his civil service his disability retirement is can only be based on that first period in Baba-kaitis Footnote 2 we say that the Navy advised OPM that Baba-kaitis' disability pension was in its view That is in the view of the Navy based solely on his post civil service I Was that actually established on the record because that does seem like a key distinction between that case in this case And I'm just wondering can we can we rely on that as being the facts there or is it? Just the government didn't contest it Does that make a difference? I don't think it makes a difference, but what I suspect happened I don't have the record in Baba-kaitis, but I suspect that during the Communications for example when mr. Baba-kaitis might have first sought reconsideration of OPM's decision So before it even gets to the board OPM may have solicited information from the Navy about the Navy's views and I Think that's probably how that information got into the administrative record Because I maybe like mr. Stewart. I've been a little bit confused Here at 695 we wrote in Baba-kaitis In Baba-kaitis his case the Navy based his annuity on the percentage of disability method Which provided a larger amount not on length of service Now that sentence may be out of context sure, but doesn't it seem to? Suggest that when you use the percentage of disability method you are not actually using The length of service the years of service and therefore the the military disability retirement was not quote based on Service is there a little bit of ambiguity there your honor. I do think the context is important and I in Baba-kaitis the court first determines that the disability retirement is not based on that first period of service and The way I read this was that sort of out of an abundance of caution Then the court goes on to look to see if the disability if that first 10-year period of service is somehow some other way being relied upon to to give rise to the retired pay and so in that context the court then looks to see if the retired pay is being based on His length of service to include both periods before and after his and civil His civil service so that statement I think Really only makes sense in the context of mr. Baba-kaitis is very unique situation And here mr. Stewart's Calculation is based on his percentage of disability but that disability arises from the period the the one and only period of service that he has Predating his his employment with the with the civil the entitlement is based upon service Calculation is based upon percentage of disability because it results in a higher amount. That's right as a service. That's right Anything else? No, we respectfully request to the court Mr. Yancy you have some time for rebuttal Okay, you don't have anything for rebuttal Okay, the case is submitted Thank you